# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LORIE PASKON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CV3289** |
| vs. | ) | |
| | ) | **ORDER** |
| **PHONM KAM, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on plaintiff's MOTION FOR ENLARGEMENT OF TIME (#16). Opposing counsel advised the court that there is no objection. For good cause shown,

**IT IS ORDERED** that the motion (#16) is granted, and the parties are given an extension of time until and including **April 10, 2006** to submit their Rule 26 Planning Report.

**DATED February 9, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**