IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORIE PASKON, duly appointed Personal Representative of the Estate of Joseph Snodgrass, IV, | ) ) ) ) | Case No. 05 CV 3289 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** **FOR ENLARGEMENT OF TIME** |
| PHONM KAM; STEPHEN PALMER; and PALMER & SONS GRAVESTONE RESTORATION, | ) ) ) ) | |
| Defendants. | ) | |

THIS MATTER comes on before the court on the Motion for Enlargement of Time filed by plaintiff. For good cause shown,

IT IS ORDERED that the motion (#23) is granted. The parties are granted an extension of time until and including April 20, 2006 within which to meet and confer and to submit Rule 26 Planning Report.

DATED April 10, 2006.

                                                                                      BY THE COURT:

                                                                                       s/ F.A. Gossett
                                                                                       United States Magistrate Judge