IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORIE PASKON, | ) | Case No. 4:05CV3289 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| PHONM KAM, et al., | ) ) | |
| Defendants. | ) | |

Upon notice of settlement given to the magistrate judge by Jefferson Downing, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **December 11, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Richard G. Kopf, at Kopf@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for November 9, 2006, is cancelled upon the representation that this case is settled.

Dated this 9th day of November 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge