IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORIE PASKON, | ) | 4:05CV3289 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PHONM KAM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The parties have requested an additional thirty days within which to submit a dispositive stipulation. I will grant the extension.

IT IS ORDERED:

1. On or before January 22, 2007, the parties shall electronically file a joint stipulation for dismissal or other dispositive stipulation; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

January 3, 2007                         BY THE COURT:

                                        *s/Richard G. Kopf*
                                        United States District Judge