IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORIE PASKON, duly appointed Personal Representative of the Estate of Joseph Snodgrass, IV, | ) ) ) ) | 4:05CV3289 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **JUDGMENT** |
| PHONH KAM, STEPHEN PALMER, and PALMER & SONS GRAVESTONE RESTORATION, | ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the parties' joint stipulation of dismissal and Fed. R. Civ. P. 41,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

March 14, 2007                         BY THE COURT:

                                       *s/ Richard G. Kopf*
                                       United States District Judge